# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

R.H. DONNELLEY CORPORATION,    )
      Plaintiff,    )
                 )    **JUDGMENT IN A CIVIL CASE**
     v.                  )    **CASE NO. 5:09-CV-97-F**

_____    )

UNITED STATES OF AMERICA,    )
      Defendant.    )
                 )

**Decision by Court.**

IT IS ORDERED AND ADJUDGED that the Plaintiff's Motions for Summary Judgment and for Oral Argument are DENIED, and the Defendant's Motion for Summary Judgment is ALLOWED. The Clerk of Court is DIRECTED to enter judgment for the Defendant and to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 9, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Christopher G. Smith
P.O. Box 2611
Raleigh, NC 27602-2611

Lawrence P. Blaskopf
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

December 9, 2009
Date

DENNIS P. IAVARONE
Clerk of Court

 /s/ Susan K. Edwards
_____

*Wilmington, North Carolina*

*(By) Deputy Clerk*